UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY S. PETILLO,<br><br>           Petitioner,<br><br>   v.<br><br>BRIAN DUFFY,<br><br>           Respondent. | NO. CV 15-765-DDP (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: July 2, 2015

                                      DEAN D. PREGERSON
                                      United States District Judge