1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11    RODNEY S. PETILLO,                )        NO. CV 15-765-DDP (AGR)
                                        )
12              Petitioner,             )
                                        )
13                                      )
         v.                             )
14                                      )        ORDER ACCEPTING FINDINGS
      BRIAN DUFFY,                      )        AND RECOMMENDATION OF
15                                      )        UNITED STATES MAGISTRATE
                Respondent.             )        JUDGE
16                                      )
                                        )
17    _____   )

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other

19    records on file herein, and the Report and Recommendation of the United States

20    Magistrate Judge.  Further, the Court has engaged in a *de novo* review of those

21    portions of the Report and Recommendation to which objections have been

22    made.  The Court accepts the findings and recommendation of the Magistrate

23    Judge.

24          IT THEREFORE IS ORDERED that judgment be entered denying the

25    Petition and dismissing this action with prejudice.

26

27    DATED:  August 20, 2015____        _____
                                                  DEAN D. PREGERSON
28                                             United States District Judge