UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY S. PETILLO, <br>         Petitioner, <br>   v. <br> BRIAN DUFFY, <br>         Respondent. | NO. CV 15-765-DDP (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: August 20, 2015

_____
DEAN D. PREGERSON
United States District Judge